```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
MICHELE A. PAVELEK (CSBN 300642)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4862
Email: michelle.a.pavelek@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GINA N. MACERI,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:24-cv-07614-LJC<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from February 20, 2025 to March 22, 2025, for Defendant to respond to Plaintiff's Brief (Dkt. No. 11). Plaintiff's optional Reply Brief would be due on April 5, 2025.

    Defendant requests this extension in order to review the record; evaluate the issues raised in Plaintiff's brief; determine whether options exist for settlement; and if not, to prepare

Defendant's response to Plaintiff's motion. There is good cause for this request. Defendant's counsel was recently assigned this case along with several other cases, and now has five cases due within a week of February 20, 2025. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

Respectfully submitted,

Dated: February 12, 2025

*/s/ Harvey Peter Sackett*
(*as authorized via email)
HARVEY PETER SACKETT
Attorney for Plaintiff

Dated: February 12, 2025

ISMAIL J. RAMSEY
United States Attorney

By: */s/ Michelle A. Pavelek*
MICHELLE A. PAVELEK
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: February 13, 2025

_____
THE HONORABLE LISA J. CISNEROS
United States Magistrate Judge