UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GINA N. MACERI,

         Plaintiff,

    v.

SSA (INTERESTED PARTY / NEF), et al.,

         Defendants.

Case No.  3:24-cv-07614-LJC

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 18

() Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

(X) Decision by Court.  This action came to trial, hearing, or submission on the papers to the Court.  The issues have been presented and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff.

Dated: March 30, 2026

Mark Busby, Clerk of Court

Brittany Sims
Deputy Clerk